ACCEPTED
01-14-00815
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/10/2015 9:59:38 AM
CHRISTOPHER PRINE
CLERK

**01-14-00815-CR**

**IN THE FIRST COURT OF APPEALS AT HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/10/2015 9:59:38 AM
CHRISTOPHER A. PRINE
Clerk

**MUHAMMAD SAADAN AHSAN, APPELLANT**

**v**

**STATE OF TEXAS, APPELLEE**

**APPEALED FROM THE 182ND JUDICIAL DISTRICT COURT
HARRIS COUNTY, TEXAS**

**EX PARTE MUHAMMAD SAADAN AHSAN**

**MOTION FOR CONTINUANCE
TO ALLOW BRIEFING**

___/s/__ Gene P. Tausk_____
**Gene P. Tausk**
**TBN: 24003035**
**1221 Studewood**
**Houston, TX  77008**
**(713) 429-5476**
**(713) 490-3150 (fax)**
**gene@tauskvega.com**

**ATTORNEY FOR
APPELLANT,
MUHAMMAD AHSAN**

**01-14-00815-CR**

**IN THE FIRST COURT OF APPEALS AT HOUSTON, TEXAS**

**EX PARTE MUHAMMAD SAADAN AHSAN**

**APPEALED FROM THE 182ND JUDICIAL DISTRICT COURT
HARRIS COUNTY, TEXAS**

**MOTION FOR CONTINUANCE
TO ALLOW BRIEFING**

TO THE HONORABLE JUDGES OF THIS COURT:

Your Appellant, Muhammad Saadan Ahsan, by and through his counsel of record, moves this Honorable Court to allow briefs to be submitted in the above styled-and-numbered cause of action.

**I.**

This matter is a case which was appealed from the 228th Judicial District Court, the Honorable Marc Carter presiding. The trial court case number was: 1433456.

**II.**

On or about October 16, 2014, this Honorable Court issued an Order of Abatement in the above styled-and-numbered cause of action. The Order of Abatement stated that this matter was abated until the clerk's record was filed from the Trial Court. This Honorable Court stated that once the clerk's record was filed, Appellant could file a brief within 10 days of the clerk's record being filed.

**III.**

The Clerk's record was filed on or about January 8, 2015. However, due to an error with his email, Your Appellant did not get notice that this record was filed. It was only when reviewing the Court's online system to review this matter that Your Appellant noticed that the brief was due on or about January 20, 2015.

**IV.**

Your Appellant would ask this Honorable Court to allow Appellant to file a brief in this matter. As stated, through no fault of Appellant, Appellant did not get notice that the Clerk's record was filed and therefore was not put "on notice" that the record was filed and therefore a brief was due. Appellant asks this Honorable Court to allow him to rectify this matter and file a brief.

**V.**

Appellant noticed this error on or about February 9, 2015. Appellant informs this Honorable Court that in keeping with the deadlines of the order from October 16, 2014, Appellant will have a brief ready for this court no later than February 19, 2015, which is 10 days from the date of Your Appellant discovering this error.

## VI.

For these reasons, therefore, Movant respectfully asks this Honorable Court to allow him to brief this matter.

Respectfully submitted:

TAUSK & VEGA


_____//s//_____
Gene P. Tausk
TBN: 24003035
1221 Studewood
Houston, TX  77008
(713) 429-5476
(713) 490-3150 (fax)
gene@tauskvega.com

ATTORNEY FOR APPELLANT,
MUHAMMAD SAADAN AHSAN

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon the Harris County District Attorneys' Office by CMRRR on February 10, 2015.


/s/  Gene P. Tausk_____
Gene P. Tausk


## CERTIFICATE OF COMPLIANCE

I, the undersigned, state that this document contains approximately 512 words.


/s/ Gene Tausk_____